IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ALISHA SHEPHARD-SMITH | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| PMC PROPERTY GROUP, INC. | : | NO. 25-530 |

<u>ORDER</u>

AND NOW, this 12th day of January 2026, for the reasons stated in the foregoing Memorandum, it is hereby ORDERED that:

(1) the motion of defendant PMC Property Group, Inc. for judgment on the administrative record (Doc. #13) is GRANTED; and

(2) the motion of plaintiff Alisha Shepard-Smith for judgment on the administrative record (Doc. #15) is DENIED.

BY THE COURT:

/s/   Harvey Bartle III
                                                              J.